THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN T. HALLIN and Another, Appellants.— Judgment affirmed. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

TONY HANNA, Appellant, v. EDWARD W. MATTHEWS and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOSEPHINE BAITZ, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WARREN F. SANDERSON, Respondent, v. EMPIRE STATE RAILROAD CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HERBERT S. BAKER, Respondent, v. E. A. STROUT FARM AGENCY, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Property of JOHN KANE, Deceased, Subject to Taxation under the Taxable Transfer Act, Chapter 60, Article 10, Consolidated Laws.— Motion for reargument granted, to be heard at same time as argument of the appeal from surrogate's order amending notice of appeal. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

HERMAN HOLLAND, as Administrator, etc., of MARGUERITE HOLLAND, Deceased, Respondent, v. WILLIAM H. PETERKIN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

RODERICK POTTER and Another, as Executors, etc., of WILLIAM H. HOTCHKISS, Deceased, Appellants, v. CITY OF BUFFALO, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ASSETS REALIZATION COMPANY, Respondent, v. STEPHEN T. LOCKWOOD and Others, as Executors of PHILIP W. ROTH, Deceased, Appellants.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARIA COFFARO, as Administratrix, etc., of ANTONIO COFFARO, Deceased, Respondent, v. QUEEN INSURANCE COMPANY OF AMERICA, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BETTY PENNOCK, an Infant, etc., Respondent, v. ROCHESTER ICE CREAM COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

ORRA PENNOCK, Respondent, v. ROCHESTER ICE CREAM COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.